Submitted July 2, reversed August 11, 2021

In the Matter of S. C. C.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

S. C. C.,
*Appellant.*

Lane County Circuit Court
21CC00046; A175272

492 P3d 1290

Kamala H. Shugar, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant appeals a judgment committing her to the Oregon Health Authority for a period not to exceed 180 days and prohibiting her from purchasing or possessing firearms. ORS 426.130. She contends that the trial court committed plain error when it failed to advise her pursuant to ORS 426.100(1) of her rights. The state concedes the error. We agree and accept the concession. Failure to provide such statutory advice of rights constitutes plain error. *See State v. D. B.*, 167 Or App 312, 1 P3d 490 (2000) (correcting error under similar circumstances). Given the nature of civil commitment proceedings, the relative interests of the parties, the gravity of the error, and the ends of justice, we exercise discretion to correct the error.

Reversed.